# Court of Appeals
# of the State of Georgia

ATLANTA,  December 07, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0511.  RODREGUS WATTS v. THE STATE.**

In 2004, Rodregus Watts pled guilty to seven counts of armed robbery, two counts of hijacking a motor vehicle, seven counts of aggravated assault, one count of possession of cocaine with intent to distribute, and six counts of possession of a firearm during the commission of a felony.  Watts later filed multiple pro se motions, arguing that his sentence was void.  The trial court denied the motions on August 10, 2016.  Watts filed a notice of appeal on September 21, 2016.  We, however, lack jurisdiction.

Pretermitting whether Watts has raised a colorable void sentence claim, his appeal must be dismissed.  A notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Because Watts filed his notice of appeal 42 days after entry of the trial court's order, his appeal is untimely.[1]  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  12/07/2016
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen*                    , *Clerk.*

---

[1] Watts also filed an application for discretionary appeal from the trial court's order, which this Court denied. See Case No. A17D0063, denied September 28, 2016.